UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **2:25-cv-03307-MCS-PVC** | Date | February 2, 2026 |
|---|---|---|---|

| Title | *Jeong v. Costco Wholesale Corp.* |
|---|---|

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) REMAND ORDER (JS-6)**

The parties filed a stipulation to remand the case. (Stip., ECF No. 21.) Although "the parties cannot by stipulation or waiver grant or deny federal subject matter jurisdiction," *Janakes v. USPS*, 768 F.2d 1091, 1095 (9th Cir. 1985), the Court interprets the parties' stipulation as a concession that no party can show by a preponderance of the evidence that the amount in controversy exceeded the jurisdictional threshold of $75,000 at the time of removal.

Accordingly, the Court remands the case for want of jurisdiction. The Court remands the action to the Los Angeles County Superior Court, No. 25STCV03036. The Court directs the Clerk to effect the remand immediately and close the federal case.

**IT IS SO ORDERED.**

**CIVIL MINUTES – GENERAL**          Initials of Deputy Clerk SMO